UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF RURAL HOUSING SERVICE, FORMERLY THE FARMERS HOME ADMINISTRATION, *Plaintiffs,* vs. LAMBERT I. TREJO, et al., *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 04-CV-519-TCK-PJC |

**MOTION TO WITHDRAW COUNSEL**

COMES NOW, the Defendant, State of Oklahoma, ex rel. Oklahoma Tax Commission, requesting that Kim D. Ashley be withdrawn from the case, as a result of his retirement effective January 1, 2007.

STATE OF OKLAHOMA, EX REL.
OKLAHOMA TAX COMMISSION


s/Kim D. Ashley
Kim D. Ashley, OBA # 14175
Assistant General Counsel
John D. Weaver, OBA # 20364
Assistant General Counsel
P.O. Box 53248
Oklahoma City, OK 73152-3248
(405) 319-8550
(405) 601-7121 fax

OTC FILE NO. A-05-293/KDA/di

**CERTFICATE OF SERVICE**

 X   I hereby certify that on December 28, 2006, I electronically transmitted the
attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

      PHIL PINNELL, Phil.Pinnell@usdoj.gov

      TOM JANER, SCMJ@sbcglobal.net

      BRIAN JAY RAYMENT, Brayment@kivell.com

      ADAM GRANT SCHWABE, GSchwabe@kivell.com

      DAVID JAY STEEN, JR, JSteen@kivell.com

 X   I hereby certify that on December 28, 2006 I served the attached document by
(service method) REGULAR US MAIL on the following, who are not registered participants of the ECF System:

      LAMBERT I TREJO
      2915 ROOSEVELT STREET 110
      PHOENIX AZ 85008

      SHIRLEY A TREJO, NOW PIERSON
      PO BOX 534
      NOWATA OK 74048

      BOBBY PIERSON
      PO BOX 534
      NOWATA OK 74048

      COUNTY TREASURER
      NAYDEAN WESSON
      NOWATA COUNTY COURTHOUSE
      229 N MAPLE ST
      NOWATA OK 74048

      BOARD OF COUNTY COMMISSIONERS
      TERESA JACKSON, COUNTY CLERK
      NOWATA COUNTY COURTHOUSE
      229 NORTH MAPLE STREET
      NOWATA, OKLAHOMA 74048

                                    s/Kim D. Ashley